IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILL BEIGL,

    Plaintiff,

v.

TRANSAMERICA LIFE INSURANCE
COMPANY f.k.a. LIFE INVESTORS
INSURANCE COMPANY OF
AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-669-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Transamerica Life Insurance Company granting its motion for summary judgment and dismissing this case.

_____      9/8/10
Peter Oppeneer, Clerk of Court                    Date